IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE EMMANUEL ORTIZ CABRERA, | : | |
| Plaintiff | : | |
| | : | No. 1:16-cv-00392 |
| v. | : | |
| | : | (Judge Rambo) |
| BRIAN S. CLARK, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 10th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 53), is **DEEMED WITHDRAWN**;

2. Defendant Tammy Killian's motion for summary judgment (Doc. No. 54), is **GRANTED**, and she is **DISMISSED** as a party to this action;

3. The remaining Defendants may submit dispositive motions within thirty (30) days from the date of this Order. Otherwise, this matter will be scheduled for trial on the remaining claims of the amended complaint against the remaining Defendants at the convenience of the Court.

                               s/Sylvia H. Rambo
                               SYLVIA H. RAMBO
                               United States District Judge